UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:09CV-P80-H

JA-RON TEAGUE                                                                              PLAINTIFF

v.

COMMONWEALTH OF KENTUCKY                               DEFENDANT

**ORDER**

For the reasons set forth in the Memorandum Opinion entered this date, and being otherwise sufficiently advised, **IT IS HEREBY ORDERED** that this action is **DISMISSED** for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(h)(3).

The Court further **certifies** that an appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

This is a final Order.

Date:

cc:     Plaintiff, *pro se*
          Counsel of record

4412.008